DECISIONS PER CURIAM, FROM MARCH 3, 1919, TO MAY 19, 1919, NOT INCLUDING ACTION ON PETITIONS FOR WRITS OF CERTIORARI.

No. ——, Original. *Ex parte:* IN THE MATTER OF ALBERT HERSCHEL DE PROPPER. Suggestion of committee submitted January 27, 1919. Decided March 3, 1919. Order of admission vacated, the name of the respondent to be removed from the rolls, and the certificate evidencing his enrollment canceled. The court expresses its grateful acknowledgment to the committee of the bar for the alacrity with which they responded to the request to take charge of the subject-matter of the rule which has been disposed of by the order just stated, and for the promptness, intelligence, and efficiency with which they discharged their duty. *Mr. Albert Herschel de Propper pro se. Mr. Charles W. Needham, Mr. Frederic D. McKenney* and *Mr. Melville Church,* committee of the bar appointed by the court.

———

No. 206. L. C. WATSON, TRUSTEE IN BANKRUPTCY OF DUNCAN & COMPANY, F. P. DUNCAN and F. A. DUNCAN, BANKRUPTS, *v.* GEORGE D. MOTLEY. Error to the Supreme Court of the State of Alabama. Submitted January 30, 1919. Decided March 3, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. *Mr. Rutherford Lapsley* for plaintiff in error. *Mr. George D. Motley* for defendant in error.